IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARTY JORDAN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3104 |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| BNSF RAILWAY CO. d/b/a The Burlington | ) | ORDER |
| Northern & Santa Fe Railway Co., | ) | |
| | ) | |
| Defendant. | ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with <u>Fed. R. Civ. P.</u> 26(f) and, by June 6, 2005, file their Report of Parties' Planning Conference.

DATED        May 17, 2005

 /s/   David L. Piester
United States Magistrate Judge