IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARTY JORDAN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3104 |
| | ) | |
| V. | ) | |
| | ) | |
| BNSF RAILWAY CO., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

The Plaintiff's motion for extension of the deadline to file a brief in opposition to defendant's motion to dismiss, filing 9, is granted. Plaintiff's response to defendant's motion to dismiss shall be filed on or before June 9, 2005.

DATED this 31st day of May, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge