IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT NEBRASKA

| | | |
|---|---|---|
| **MARTY JORDAN,** | ) | Case No.: 4:05CV3104 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| **BNSF RAILWAY CO., d/b/a THE** | ) | |
| **BURLINGTON NORTHERN &** | ) | |
| **SANTA FE RAILWAY CO.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter comes before the Court upon the Defendant's Motion for Extension of Time in Which File a Motion for Summary Judgment, filing 28. The Court being fully apprised in the premises hereby finds that Defendant's Motion should be granted and therefore is sustained.

Accordingly, Defendant is given an extension of time in which to file a motion for summary judgment until November 11, 2005.

DATED this 31st day of October, 2005.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge