IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARTY JORDAN, | ) | CASE NO. 4:05CV3104 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| | ) | |
| | ) | |
| BNSF RAILWAY CO., | ) | |
| d/b/a THE BURLINGTON | ) | |
| NORTHERN & SANTA FE | ) | |
| RAILWAY CO., | ) | |
| | ) | |
| Defendant. | ) | |

Jennifer Martinez has moved to withdraw as counsel for the plaintiff.  Filing 32.

Mark Bestul and Vincent Powers had previously entered their appearances on behalf of

this plaintiff, and their firm, the law firm of Vincent M. Powers & Associates, intends to

continue representing the plaintiff.


IT THEREFORE HEREBY IS ORDERED: The motion to withdraw filed by

Jennifer Martinez, filing 32, is granted.


DATED this 9th day of November, 2005.

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge