```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| MARTY JORDAN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3104 |
| | ) | |
| v. | ) | |
| | ) | |
| BNSF RAILWAY CO., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

The defendant filed an objection, filing 42, to the plaintiff's filing 38 Rule 30(b)(6) notice of deposition. In response to the objection, the plaintiff filed an amended Rule 30(b)(6) deposition notice. Filing 43.

IT THEREFORE HEREBY IS ORDERED: The defendant's objection, filing 42, is denied as moot.

DATED this 21st day of November, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge