IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARTY JORDAN, | ) | 4:05CV3104 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| BNSF RAILWAY CO., | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Plaintiff's motion for an enlargement of time (filing 44) is denied for failure to satisfy the requirements of Fed. R. Civ. P. 56(f).

November 21, 2005.                    BY THE COURT:

                                       s/ *Richard G. Kopf*
                                       United States District Judge