IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARTY JORDAN, | ) | 4:05CV3104 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| BNSF RAILWAY CO., | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Plaintiff's renewed motion for an enlargement of time (filing 47) is granted in part and denied in part, as follows:

1. Plaintiff shall respond to Defendant's motion for summary judgment (filing 34) within thirty days after the court decides Defendant's motion to quash and motion for protective order (filing 51).
2. In all other respects, the motion is denied.

November 29, 2005.                BY THE COURT:

                                  s/ *Richard G. Kopf*
                                  United States District Judge