IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT NEBRASKA

| | |
|---|---|
| **MARTY JORDAN,** ) | Case No.: 4:05CV3104 |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | |
| ) | **AMENDED PROGRESSION ORDER** |
| **BNSF RAILWAY CO., d/b/a THE** ) | |
| **BURLINGTON NORTHERN &** ) | |
| **SANTA FE RAILWAY CO.,** ) | |
| ) | |
| **Defendant.** ) | |

Upon review of the parties' Stipulation for the Extension of the Discovery Deadline and Final Pretrial Conference Date (Filing No. 63),

IT IS ORDERED:

1. The discovery deadline of December 28, 2005, is extended to January 9, 2006.

2. The Final Pretrial Conference date of January 11, 2006, shall be continued to January 26, 2006 at 11:00 a.m.

3. With the exception of the discovery deadline and the pretrial conference date, all other provisions as set forth in the September 8, 2005, progression order (Filing No. 24) shall remain in effect.

Dated this 22nd day of December, 2005.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge