IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARTY JORDAN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3104 |
| | ) | |
| v. | ) | |
| | ) | |
| BNSF RAILWAY CO., d/b/a THE BURLINGTON NORTHERN & SANTA FE RAILWAY CO., | ) ) ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | | |

A hearing on the defendant's motion to quash and for protective order, filing 65, was held this date by telephone conference call. The court heard the arguments of counsel and made the order which appears below.

IT THEREFORE HEREBY IS ORDERED:

The motion, filing 65, is granted in part and denied in part, as follows:

(a) The plaintiff may depose Wayne Morgan on or before January 20, 2006 at a time and place mutually agreed to by counsel; at the deposition the plaintiff may inquire as to the witness's knowledge of the disciplinary hearing concerning Tony Irons.

(b) The plaintiff may take the deposition of the defendant pursuant to Rule 30(b)(6) on or before January 20, 2006 at a time and place mutually agreed to by counsel.

(c) The motion is denied in all other respects.

(d) Each party shall bear its/his own expenses with respect to this discovery matter.

DATED this 6th day of January, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge