IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARTY JORDAN, | ) | 4:05CV3104 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| BNSF RAILWAY COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Plaintiff's motion for an enlargement of time (filing 71) is granted, as follows:

Plaintiff shall have until January 24, 2006, to respond to Defendant's motion for summary judgment (filing 34).

January 18, 2006.               BY THE COURT:

                               s/ *Richard G. Kopf*
                               United States District Judge