```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| MARTY JORDAN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3104 |
| | ) | |
| v. | ) | |
| | ) | |
| BNSF RAILWAY CO., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

Defendant's motion for continuance, filing 73, is granted, and

1. Trial is continued to March 27, 2006 at 9:00 a.m. before the Honorable Richard G. Kopf, United States District Judge in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Trial is subject to the prior disposition or continuance of any criminal matters which may be set for that week. Jury selection will be held at commencement of trial.

2. The pretrial conference will be held March 10, 2006 at 10:00 a.m. in the chambers of the undersigned.

DATED this 19th day of January, 2006.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge