IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARTY JORDAN, | ) | 4:05CV3104 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| BNSF RAILWAY COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Plaintiff's motion for an enlargement of time (filing 78) is granted, as follows:

The court accepts Plaintiff's Exhibit 8, filed on January 27, 2006 (filing 80).

January 30, 2006.                    BY THE COURT:

                                     s/ *Richard G. Kopf*
                                     United States District Judge